# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
MAR 1 8 2022
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| SAPPHIRE REID | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. SA-21-CV-1128-XR |
| FOSTER & MONROE, LLC, ET.AL. | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:   The Court hereby DISMISSES WITHOUT PREJUDICE Plaintiff's complaint pursuant to FED. R. CIV. P. 41(b) for failure to prosecute and for failure to comply with the Court's show cause order. See FED. R. CIV. P. 41(b). The Clerk's Office is DIRECTED to enter this Clerk's Judgment and to CLOSE this case.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Xavier Rodriguez.

Date:   03/18/2022

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*